JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

X————————————————X
.

SARAH RUBA                                    **Case No. CV 22-8370 DMG (MAAx)**

        Plaintiff,                              **ORDER RE PLAINTIFF'S
NOTICE OF VOLUNTARY
DISMISSAL [16]**

      v.

DAVID TAYLOR; DIARY
PRODUCTIONS, INC. f/k/a DIARY
RECORDS, INC.; DIARY PUBLISHING,
INC.; DIARY MUSIC PUBLISHING, INC.

X————————————————X

     In light of Plaintiff's Notice of Dismissal filed on December 13, 2022, the Court hereby DISMISSES the above-captioned case without prejudice.  The Order to Show Cause dated November 21, 2022 is DISCHARGED.  [Doc. # 13.]

DATED:  December 15, 2022

                         _____
                         DOLLY M. GEE
                         UNITED STATES DISTRICT JUDGE